STATE OF CONNECTICUT *v.* EDWARD T. HATCH

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Julia K. M. Conlin,* deputy assistant state's attorney, in support of the petition.

*Pamela S. Nagy,* special public defender, in opposition.

Decided June 16, 2004

STATE OF CONNECTICUT *v.* WILLIAM L. ANKERMAN

ZARELLA, J., did not participate in the consideration or decision of this petition.

*William L. Ankerman,* pro se, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided June 16, 2004